UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 02167
JAMES W TARVIN
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-8940

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 03/07/06 and confirmed on 07/14/06.

   2.   The case was dismissed after confirmation, 02/22/2008.

   3.   The Debtor paid a total of $  13880.00 .

   4.   The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL | SECURED VEHIC | 19631.00 | 1406.43 | 11663.66 |
| JELICA TARVIN | CHILD SUPPORT | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 6676.92 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 12354.08 | .00 | .00 |
| B LINE LLC | UNSECURED | 881.94 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 358.92 | .00 | .00 |
| MERRICK BANK | UNSECURED | 1031.20 | .00 | .00 |
| NATIONWIDE CREDIT & COLL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1409.97 | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| STEWART & PAMELA PATTERS | UNSECURED | 4808.46 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 396.75 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 425.00 | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | 5258.01 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1570.67 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 1425.95 | .00 | .00 |

                Summary of disbursements:
--------------------------------------------------------------------------
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 19631.00 | 19031.00 | 17566.87 | .00 | 56228.87 |
| PRINCIPAL PAID | 11663.66 | .00 | .00 | .00 | 11663.66 |
| INTEREST PAID | 1406.43 | .00 | .00 | .00 | 1406.43 |
| TOTAL PAID | 13070.09 | .00 | .00 | .00 | 13070.09 |

The Debtor's attorney, RUDDY MILROY & KING          , was allowed $   2500.00
and was paid $    979.00  direct and $    322.70  through the plan.

The Trustee received $    487.21 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/21/08                              /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE


                              PAGE  2
        CASE NO. 06 B 02167 JAMES W TARVIN